ACCEPTED
04-15-00487-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2015 10:52:01 AM
KEITH HOTTLE
CLERK



2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: 214-740-8000
Fax: 214-740-8800
www.lockelord.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2015 10:52:01 AM
KEITH E. HOTTLE
Clerk

Cynthia K. Timms
Direct Telephone: 214-740-8563
Direct Fax: 214-756-8563
ctimms@lockelord.com

December 23, 2015

*Via eFile.TXCourts.gov*

Mr. Keith E. Hottle
Clerk of the Court
Court of Appeals for the Fourth District of Texas
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re: Court of Appeals Number: 04-15-00487-CV
> Trial Court Cause: 7,637
> *ConocoPhillips Company v. Leon O. Ramirez, Jr., et al.*

Dear Mr. Hottle:

On behalf of Appellant ConocoPhillips Company, I hereby request an electronic copy of the supplemental clerk's record filed with the Court of Appeals on December 18, 2015. Please send the record via FedEx Overnight to my attention at Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201. If you do not already have our law firm's FedEx account number from a previous request, please call Vicki Martin at 214-740-8212.

Please let me know if you have any questions or need any further information. Thank you.

Respectfully submitted,

/s/ *Cynthia K. Timms*
Cynthia K. Timms

ATTORNEYS FOR APPELLANT
CONOCOPHILLIPS COMPANY

cc: All Counsel of Record – *Via eFile*

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach